# Court of Appeals
# of the State of Georgia

ATLANTA,  May 16, 2013

*The Court of Appeals hereby passes the following order:*

## A13A1236.  FARRAR v. PERKINS

The appellant's brief and enumeration of error was due in this case on March 17, 2013. We granted the appellant an extensions, which extended the deadline for filing until May 6, 2013.  The appellant failed to meet this deadline and has not moved this court for an extension of time to file. Therefore, pursuant to Court of Appeals Rules 16 (b) and 23 (a), this appeal is hereby ordered DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/16/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*